# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:15-cr-0036 |
| ) | |
| **MICHAEL A. LEWIS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ATTORNEYS:**

**Gretchen C.F. Shappert, United States Attorney**
**Meredith Edwards, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Michael A. Lewis**
Salters, S.C.
    *pro se.*

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge. (ECF No. 81.) For the reasons stated in the accompanying Memorandum Opinion of even date, the Court will adopt the Report and Recommendation and deny Michael A. Lewis' ("Lewis") Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." (ECF No. 62.) Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 81, is **ADOPTED**; it is further

**ORDERED** that Lewis' Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed at ECF No. 62, is **DENIED**; it is further

*United States v. Lewis*
Case No. 3:15-cr-0036
Memorandum Opinion
Page 2 of 2

**ORDERED** that a certificate of appealability is **DENIED**; it is further

**ORDERED** that all pending motions are **MOOT**; it is further

**ORDERED** that a copy of this Order and the Memorandum Opinion, ECF No. 88, shall be served on Michael A. Lewis by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** the companion civil case of *Lewis v. United States*, Case No. 3:17-cv-0014.

**Date:** March 24, 2022                                         */s/ Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                                **Chief Judge**